**Denied and Opinion Filed November 30, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01114-CV**

**IN RE AARON CRONE, Relator**

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-55616-2022**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Partida-Kipness

Before the Court is relator's November 7, 2023 petition for writ of mandamus.

Relator challenges portions of the trial court's August 25, 2023 Temporary Orders During Pendency of Appeal and contends the respondent abused her discretion by not recusing herself from the case below.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Robbie Partida-Kipness/

ROBBIE PARTIDA-KIPNESS
JUSTICE

231114F.P05